Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA 92117-6053
800-354-9496 • FAX 866-531-7174

JUDGMENT CREDITOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH RISCHER, an individual, ) | Case No. CV 96-3886 SJO (RNBx) |
| ) | |
| Plaintiff, ) | **RENEWAL OF JUDGMENT** |
| ) | |
| vs. ) | |
| ) | |
| BANLAVOURA I, INC., a California ) | |
| corporation; BANLAVOURA-I, INC. ) | |
| TRUST, a California trust; ) | |
| ENGLEWOOD I INC., a California ) | |
| corporation; ENGLEWOOD I INC. TRUST, ) | |
| a California trust; LARRY ESACOVE, an ) | |
| individual; and AIDA ESACOVE, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |

   WHEREAS, Judgment was entered in favor of Plaintiff ULRICH RISCHER on February 20, 1998 against Defendants <u>BANLAVOURA I, INC.</u>, <u>BANLAVOURA-I, INC. TRUST</u>, <u>ENGLEWOOD I, INC.</u>, <u>ENGLEWOOD-I, INC. TRUST</u>, <u>LARRY ESACOVE</u>, and <u>AIDA ESACOVE, a.k.a. AIDA KHANDJIAN</u> jointly and severally in the principal amount of Six Million United States Dollars ($6,000,000.00) with interest accruing at a rate of 10% per annum from and after the date of entry of the judgment; and

1  WHEREAS, an Application for and Renewal of Judgment was made in the United States District
2  Court, Central District of California, in the above-entitled matter on __2/4/08__; and
3  WHEREAS, interest after judgment, calculated at 10% per annum, has accrued in the sum of
4  $5,970,410.96; and
5  WHEREAS, there have been no costs incurred and no credits after judgment to be applied to the
6  principal amount of the judgment;

8  The judgment is hereby renewed in the following amounts:

| Total Judgment | $6,000,000.00 |
| Costs After Judgment | 0.00 |
| Credits After Judgment | 0.00 |
| Interest After Judgment | $5,970,410.96 |
| Total Renewed Judgment | $11,970,410.96 |

Date: 2/14/08

_____
Clerk of the U.S. District Court