GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS,   SBN 108325
TINA GLANDIAN,     SBN 251614
Attorneys for Geragos & Geragos, APC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ULRICH RISCHER, an individual, | Case No. CV 96-3886 SJO-RNB |
| Plaintiff, | |
| vs. | DECLARATION OF MARK J. GERAGOS IN SUPPORT OF MOTION TO QUASH THIRD PARTY SUBPOENA |
| BANLAVOURA I INC. TRUST, a California corporation, ENGLEWOOD I INC. TRUST, a California corporation, BANLAVOURA I INC., a California corporation, ENGLEWOOD I INC., a California corporation, LARRY ESACOVE, an individual, AIDA ESACOVE, an individual, *et al.* | Date: June 15, 2010<br>Time: 9:30 a.m.<br>Dept: 880 |
| Defendants. | |

**DECLARATION OF MARK J. GERAGOS**

1. I am an attorney licensed to practice law before all of the Courts of the State of California. I have personal knowledge of the following facts and if called as a witness, I could and would competently testify thereto.

2. I am a resident of the County of Los Angeles where I have been residing since becoming a member of the State Bar of California in 1983.

3. My business address is 644 South Figueroa Street, Los Angeles,

California 90017.

4. I have not been personally served with a subpoena to appear at the judgment debtor examination scheduled for June 15, 2010.

5. I am the Principal of the firm Geragos & Geragos, APC. Nobody by the name of Eric works for my law firm nor have I employed anybody by the name of Eric for at least the past five years. Certainly no one by the name of Eric is "in charge at GERAGOS & GERAGOS."

6. Steve Davis is not authorized to accept service on behalf of Geragos & Geragos and he is not authorized to accept service on my behalf. Steve Davis is a security guard employed by Securitas and not by me or my firm. I understand that I am personally named in the Subpoena.

7. Both of the $50,000 payments from Ms. Esacove for legal representation were deposited directly into the firm's general account. The funds in question were placed into the general account because they were earned by Geragos & Geragos upon receipt and were non-refundable. Attached hereto as Exhibit "A" are true and correct copies of the Deposit Summaries of both these checks.

8. Were I to appear at the judgment debtor examination for the judgment debtors, I would have a duty to assert attorney-client privilege as to any further information sought during the examination.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 8th day of June, 2010 at Los Angeles, California.

　　　　　　　　　　　　　　　　　___/s/ Mark J. Geragos_____
　　　　　　　　　　　　　　　　　MARK J. GERAGOS