# Exhibit "A"

Case 2:96-cv-03886-SJO-RNB   Document 461-2   Filed 06/08/10   Page 1 of 3

Deposit Summary

7/1/2009 12:56 PM

Summary of Deposits to Rancho Bank General on 01/03/2008

| Chk No. | PmtMethod | Rcd From | Memo | Amount |
|---|---|---|---|---|
| 1023 | Check | Esacove, Aida | Payment | 50,000.00 |

**Less Cash Back:**

**Deposit Total:**  .  **50,000.00**

Deposit Summary                                                    7/1/2009 12:57 PM

Summary of Deposits to Rancho Bank General on 02/07/2008

| Chk No. | PmtMethod | Rcd From | Memo | Amount |
|---|---|---|---|---|
| 1035 | Check | Esacove, Aida | Payment | 50,000.00 |

**Less Cash Back:**

**Deposit Total:**                                                                                    **50,000.00**