MATTHEW C. MICKELSON (S.B.N. 203867)
LAW OFFICES OF MATTHEW C. MICKELSON
16055 Ventura Boulevard, Suite 1230
Encino, California 91436
818-382-3360
F: 818-382-3364
E-mail: mattmickelson@bizla.rr.com
Attorneys for Defendant Larry Esacove

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH RISCHER, an individual<br><br>Plaintiff,<br>vs.<br><br>BANLAVOURA I INC. TRUST, a California Corporation, ENGLEWOOD I INC. TRUST, a California Corporation, BANLAVOURA I INC., a California corporation, ENGLEWOOD INC., a California Corporation, LARRY ESACOVE, an individual, and AIDA ESACOVE, an individual,<br><br>Defendants. | Case No. CV 96-03886 SJO (RNBx)<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF LARRY ESACOVE**<br><br>DATE: July 20, 2010<br>TIME: 9:30 a.m.<br>DEPT: 6D<br>JUDGE: Hon. Robert N. Block |

The following stipulation has been reached between Judgment Creditor, Assignee of Record Ramona Featherby d.b.a. California Judicial Recovery Specialists and Judgment Debtor Larry Esacove:

1

Judgment Creditor and Judgment Debtor Larry Esacove agree that the judgment debtor examination set for June 15, 2010 at 11:30 a.m. in Department 6D is continued to July 20, 2010 at 9:30 a.m. Judgment Debtor shall produce documents pursuant to subpoena directly to the Judgment Creditor no later than July 13, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: June 11, 2010

_____
Matthew C. Mickelson
Law Offices of Matthew C. Mickelson
Attorney for Judgment Debtor Larry Esacove

Dated: June 11, 2010

_____
Ramona Featherby, d.b.a.
California Judicial Recovery Specialists
Judgment Creditor/Assignee of Record

IT IS SO ORDERED.

Dated: _____    _____
Robert N. Block
U.S. Magistrate Judge