Ramona Featherby, d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA  92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

ASSIGNEE OF RECORD/JUDGMENT CREDITOR



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH RISCHER, an individual<br><br>Plaintiff,<br>vs.<br><br>BANLAVOURA I INC. TRUST, a California Corporation, ENGLEWOOD I INC. TRUST, a California Corporation, BANLAVOURA I INC., a California corporation, ENGLEWOOD INC., a California Corporation, LARRY ESACOVE, an individual, and AIDA ESACOVE, an individual,<br><br>Defendants. | Case No. CV 96-03886 SJO (RNBx)<br><br>**DECLARATION AND REQUEST TO VACATE THIRD PARTY EXAMINATION**<br><br>Date:  June 15, 2010<br>Time: 9:30 a.m.<br>Dept:  6D<br>Judge: Hon. Robert N. Block |

    I, the undersigned, declare:

    1.    I am the Judgment Creditor.  I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

2.   I am requesting that the examination of third party Mark J. Geragos, currently set for June 15, 2010 at 9:30 a.m., be taken off calendar.

3.   Apparently there was a miscommunication between Mr. Geragos' office and my process server, who was led to believe that the guard would accept papers for the third party.

4.   I will be submitting a new application for an examination and will re-serve the third party.

5.   I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this declaration was executed on June 11, 2010 at San Diego, California.

_____
Ramona Featherby, d.b.a.
California Judicial Recovery Specialists
Assignee of Record/Judgment Creditor

# PROOF OF SERVICE

I am employed in the County of San Diego in the State of California. I am over the age of 18 years and not a party to the within action. My business address is P.O. Box 332, Carlsbad, California 92018. On June 11, 2010 I served the following document(s) described as:

DECLARATION AND REQUEST TO VACATE THIRD PARTY EXAMINATION
on the interested parties in this action as follows:

Law Offices of Matthew C. Mickelson
16055 Ventura Blvd., Suite 1230
Encino, California 91436

Tina Glandian
Geragos & Geragos, APC
644 So. Figueroa Street
Los Angeles, CA  90017-3411

☐ BY PERSONAL DELIVERY: I personally hand-delivered a true copy of the foregoing document(s) on _____ at _____ at the following address:

☒ BY MAIL: By placing a true copy thereof in a sealed envelope addressed as below and placing it for collection and mailing it with the United States Postal Service with postage thereon fully prepaid at San Diego, California.

☐ BY OVERNIGHT COURIER: I caused a true copy of the above-referenced document(s) to be delivered to Federal Express for delivery to the address(es) as follows:

☐ BY FAX: I transmitted a true copy of the foregoing document(s) this date via telecopier to the facsimile number(s) shown below:

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on June 11, 2010 at San Diego, California.

_____
NITA YOUNG

1
PROOF OF SERVICE