# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ~~U.S. District Judge~~ / ☒ ~~U.S. Magistrate Judge~~  OTERO

From: Michele Murray, Deputy Clerk     Date Received: 08-05-10

Case No.: CV 96-3886 SJO (RNB)   Case Title: Rischer -vs- Boulevard I I, etc

Document Entitled: Declaration of Anthony B. Chopra et al

*[Stamp: FILED AUG - 5 2010 CLERK U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]*

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☒ Other: Anthony B. Chopra NOT LISTED AS A PARTY ON THE ABOVE CASE

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____    _____
                        U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

Date 8/5/10    _____
               U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO U S GOVERNMENT PRINTING OFFICE 2007 672-579

Anthony B. Chopra
4138 Rosemead Blvd., #31
Pico Rivera, CA 90660
562-463-6782

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ULRICH RISCHER,

        Plaintiff,

vs.

BANYOURA I INC., TRUST,

        Defendant.

Case No. CV 96-03886 SJO-RNB

**DECLARATION OF ANTHONY B. CHOPRA**

1. I am the former President of EVMC Real Estate Consultants, Inc. ('EVMC').

2. I have personal knowledge of the facts set forth in this declaration. If I were summoned as a witness, I would competently testify to all of the facts set forth in this declaration.

3. I served as President of EVMC from April 2005 until November 25, 2007.

4. I have reviewed the documents identified as Exhibits E and F attached to the Declaration of Staci J. Riordan dated July 26, 2010 in support of Fox Rothschild's Opposition to Featherby's Motion for Contempt.

5. I have never seen Exhibits E and F before. I was not present at any of the alleged meetings as the resolutions indicate and I did not sign the resolutions. Exhibits E and F attached in support of Ms. Riordan's declaration are not authentic. While I was President there were no such corporate resolutions. Exhibits E and F contain forgeries of my signature.

6. My departure from EVMC was due in part to forgeries which I witnessed. Exhibits E and F are just one example. These documents were created well past the date indicated,

1