Matthew C. Mickelson, State Bar No. 203867
Law Offices of Matthew C. Mickelson
16055 Ventura Blvd., Ste. 1230
Encino, CA 91436
818-382-3360
mattmickelson@bizla.rr.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Ulrich Rischer, an individual | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 96-3886 SJO (RNBx) |
| v. | |
| Banlavoura I, Inc., Larry Esacove, et al. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

Larry Esacove      ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Larry Esacove, in pro se__
                                                          *New Attorney*

as attorney of record in place and stead of __Matthew C. Mickelson__
                                              *Present Attorney*

Dated __08/27/10__          _____
                            *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __8/27/10__           _____
                            *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated _____       _____
                            *Signature of New Attorney*

                            _____
                            *State Bar Number*

If party requesting to appear Pro Se:

Dated __08/27/10__          _____
                            *Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**

G-01 (03/06)        REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY