| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496    FAX NO.: 866-531-7174<br>ATTORNEY FOR *(Name)*: Assignee of Record/pro se | FILED<br>CLERK, U.S.D.C. SOUTHERN DIVISION<br><br>JAN - 4 2011<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY           DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: ULRICH RISCHER | |
| DEFENDANT: BANLAVOURA I, INC. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT    [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor    [✓] Third Person | CASE NUMBER:<br>CV 96-03886 (RNBx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: Todd Hughes, Hughes Estate Sales, Inc.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: February 1, 2011    Time: 9:30 a.m.    Courtroom Number: 6D
Address of court [ ] shown above [✓] is: 411 W. Fourth, Santa Ana, CA 92701

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: January 4, 2011

ROBERT N. BLOCK
JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor    [✓] Assignee of record    [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: Todd Hughes, Hughes Estate Sales, Inc.    to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12-29-10

Ramona Featherby
(TYPE OR PRINT NAME)                            (SIGNATURE OF DECLARANT)

| (12/03)<br>(AT-138, EJ-125 [Rev. July 1, 2000]) | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120<br>Page one |

### APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

### APPEARANCE OF A THIRD PERSON
### (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

UNSOLD PROPERTY HELD IN WHICH THE JUDGMENT DEBTOR HAS AN INTEREST;
MONIES HELD AS THE RESULT OF A SALE OF THE JUDGMENT DEBTORS' PROPERTY.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

### APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

### APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA 92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

ASSIGNEE OF RECORD/JUDGMENT CREDITOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH RISCHER,<br><br>Plaintiff,<br>vs.<br><br>BANLAVOURA I, INC., et al,<br><br>Defendant. | Case No. CV 96-3886 (RNBx)<br><br>**AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF EXAMINATION OF THIRD PARTY** |

I, the undersigned, declare:

1. I am the Assignee of Record. I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

2. The Judgment against Larry and Aida Esacove and their entities remains unsatisfied with an outstanding balance exceeding $15 million.

1

3. On or about November 5th and 6th, 2010, Larry Esacove proceeded to liquidate his personal property (upon which I hold a lien) by hiring Hughes Estate Sales, Inc. ['Hughes'] to sell the contents of his second home at 1240 Ladan Drive in Solvang, California. [Exhibit 1]

4. On November 12, 2010 I served a levy and a subpoena upon Hughes.

5. The information received pursuant to subpoena shows that Hughes is holding $55,884.55 in funds from the sale, and is also holding unsold inventory.

6. Despite numerous requests, Hughes has refused and continues to refuse to answer the Marshal's levy and turn over funds to the US Marshal.

7. I wish to examine Todd Hughes, managing owner of Hughes in reference to the monies he is holding for the judgment debtors, as the first step toward seeking a turnover order of those funds.

8. I believe that Hughes is holding funds in which the Judgment Debtors hold an interest in excess of $250.00 and can thus be examined as a third party as provided by CCP §708.120(a).

9. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. CCP §708.130 provides that witnesses may be required to appear in an examination proceeding.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on December 18, 2010 at San Diego, California.

_[signature]_

Ramona Featherby
d.b.a. California Judicial Recovery Specialists
ASSIGNEE OF RECORD/JUDGMENT CREDITOR

AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF
EXAMINATION OF THIRD PARTY

# EXHIBIT 1

# HUGHES ESTATE SALES, INC

Hughes Estate Sales, Inc
711 West Woodbury Road
Altadena, CA 91001

For more information,
Call (626) 791-9600

## Past Sales

### IMMACULATE SOLVANG ESTATE



**Friday & Saturday
November 5-6
8:00am - 2:00pm**

1240 Ladan Drive
Solvang, CA 93463
Get Directions ›

Save the date! Make a day of it and take a trip into the beautiful Santa Ynez Valley. Attend our sale, and later, enjoy a relaxing conversation over a bottle of wine from one of the area's fine wineries.

Situated on a amazing property in the serene setting of the Regency Hills Estates with endless hilltop views and gentle wildlife visitors sits a seasoned collector's home. The home is an immaculate showcase to decades of antiquing throughout America and Europe.

Bohemian glass in many colors, original American Western art and bronzes, Victorian antiques, Lalique crystal, and carved ivories. Also, expensive designer fashions including high-end handbags and luggage and much more await visitors to charming Solvang to shop this exciting collection of beautiful things.

### ORIGINAL ANTIQUE VICTORIAN FURNITURE AND QUALITY VICTORIAN REPRODUCTIONS:

Wonderful 1800's rosewood carved double bookstand
A beautiful carved wood Victorian settee created in the "Belter" style
Carved wood Chippendale style settee
7' formal style sofa upholstered in blue and gold damask with tapestry pillows
Hepplewhite style serpentine sofa with paisley upholstery in rich, warm colors
A beautiful wood framed wing chair and matching ottoman
A nice selection of comfortably over-stuffed armchairs
French Louis XV style walnut armchair with tapestry seat and back
An over scaled, beautifully carved oval cocktail table with wonderful

Case 2:96-cv-03886-SJO-RNB   Document 505   Filed 01/04/11   Page 7 of 10   Page ID #:3496

details
Also, a handsome, square wood and glass cocktail table with barley twist legs
Victorian style low table with white marble top
Antique mahogany trestle style library table
Wood, brass and glass curio table with figural mounts
Turn of the century oak china cabinet with elegant bent glass front doors display an extensive collection of European porcelain figurines
1930's two-tone mahogany sideboard
William and Mary style English dining room table with 8 caned high back chairs
Late Victorian English oak buffet with beveled mirrors
Vintage 1960's Italian teacart with exotic inlaid woods

Bedroom furnishings include an antique queen size spindle bed, a pair of Victorian style night stands, a tufted ottoman, and a newer serpentine front dresser

Mahogany Chippendale style console desk
Bentwood chair with a beautifully detailed wooden seat
A nice collection of brass and copper urns and kettles, perfect for holding firewood
Henry I style French oak and glass vitrine with gallery top ( 70"H x 30"W x 16"D )
Mid-Victorian walnut carved alms plate on ornate base (30" H)
Miniature French gilded fire screen with petit point oval insert ( 33"H x 20"W )
English oak hall tree/umbrella stand

**LIGHTING AND OTHER ACCESSORIES:**

A wonderful 1930's wood and nickel mantle clock
A beautiful selection of Oriental carpets
A monumental, brass Chippendale style chandelier
Several Victorian 'Gone with the Wind' lamps, most notably a pair of spectacular RED SATIN GLASS parlor lamps ( 25" H ). An extra-large 'Gone with the Wind' lamp in a rare "Thistle Flower" pattern, with original shade ( 28" H ). An impressive pair of red Bohemian glass table lamps ( 40" H )
A pair of Aladdin "Lincoln drape" oil lamps
A nice selection of Victorian and non-vintage Victorian style parlor lamps
We also have several nice contemporary leaded glass lamps
A monumental pair of medieval style hunting horn lamps

**MANY BEAUTIFUL COLLECTIONS CAREFULLY CHOSEN OVER DECADES OF ANTIQUING:**

A wide selection of porcelain figurines
A nice variety of Lalique
A large variety of Bohemian glass in categories including stemware, serving, and display pieces in cobalt, emerald, and cranberry, each exquisitely painted with gold and floral decoration.

A beautiful assortment of Bohemian clear cut glass vases and centerpiece bowls.

Several nice liquor decanters and character liquor bottles, as well as bar and stemware.

Over a dozen Victorian silver plate and ART GLASS BRIDE'S BASKETS

A magnificent pair of covered urns, an impressive 37"H x 20"W with painted scenes and figures in intricate relief. Wonderfully carved ivories, and a beautiful collection of soapstone carvings

Elegant traditional pocket watches and gentlemen's dress watches

Quality ladies jewelry and beautiful old and vintage style hair combs

### ART AND SCULPTURE:

Wonderful original Western art and bronzes, watercolors, woodblocks and drawings, and high quality prints

FREDERIC REMINGTON ( 1861 - 1909 )
Bronzes reproduced from original castings:
"The Mountain Man"
"Coming thru the Rye"
"The Horse Thief"

SCOTT ROGERS ( 1961 - )
New western theme bronzes
"The Joker's Wild"
"The Renegade"
"Fiercely Independent"
"I Don't Bluff"

TIM CHERRY ( 1965 - )
Contemporary Bronze artist out of Branson MO.
"Backstroke" ( 13"H x 20"L )

ROBERT PERRIN ( 20th Century )
An extensive collection of Western themed watercolors, drawings, and prints

"Courage Under Attack" ( 19"H x 24"W ) has the distinction of being "the only print made from the original owned by Ronald Regan, and now in the RR museum in Simi Valley."

In the Western theme, we also have work by noted artists JUSTIN TSO and J. OATES

ERVIN KAPLAN These are really cool!!!
A personal friend of the homeowner, this really talented California illustrator held some very important positions with Hanna-Barbara and other great companies. We have a HILARIOUS collection of 10 etchings, watercolors, and wood blocks that are Comedic in a "gentle, yet amusing erotic style" making fun of the male psyche.

ZOHRAB KESHISHIAN (20TH Century)
Watercolors, drawings, and a large oil painting.

### DESIGNER CLOTHING AND ACCESSORIES:

An extensive collection of Men's and Ladies designer clothing, leather and shearling coats
Beautiful quality gentlemen's dress hats
Several nice walking sticks
AND...
Chanel handbags
Louis Vuitton garment bags
Men's and Ladies perfume and cologne bottles including Cartier, Gucci, Armani Versace Shalimar, Balmain, and more

### USEFUL EVERYDAY ITEMS:

Sun Welding safe company, model #C34FL Cavalry safe (60"H x 30"W x 24"D)
Nearly new Maytag Deluxe washer and dryer 2 piece unit Many nice, gently used quality household appliances, including smoker BBQ, some nice outdoor furniture, a nice selection of exterior decorative garden pottery.
A very nice collection of quality Christmas decorations, and much more not seen in photos!



Copyright © 2010 Hughes Estate Sales. All rights reserved. I Site Credit I Site Map I Articles