| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496  FAX NO.: 866-531-7174<br>ATTORNEY FOR (Name): Assignee of Record/pro se | FILED<br>CLERK, U.S.D.C. SOUTHERN DIVISION<br><br>JUN 21 2011<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY_____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: ULRICH RISCHER | |
| DEFENDANT: BANLAVOURA I, INC. | |
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>[✓] ENFORCEMENT OF JUDGMENT  [ ] ATTACHMENT (Third Person)<br>[ ] Judgment Debtor  [✓] Third Person | CASE NUMBER:<br>CV 96-03886 (RNBx) |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Richard Lehn, Ardis and Lehn
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [ ] furnish information to aid in enforcement of a money judgment against you.
   b. [✓] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: August 16, 2011   Time: 9:30 a.m.   Courtroom Number: 6D
Address of court [ ] shown above [✓] is: 411 W. Fourth, Santa Ana, CA 92701

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 6/21/11

ROBERT N. BLOCK
JUDGE OR MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor  [✓] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Richard Lehn, Ardis and Lehn   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [ ] the judgment debtor.
   b. [✓] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 6-15-11

Ramona Featherby                          ▶ Ram Featherby
(TYPE OR PRINT NAME)                         (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)**

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

ANY MONIES OWED TO THE JUDGMENT DEBTORS OR HELD FOR THE BENEFIT OF THE JUDGMENT DEBTORS.

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

Ramona Featherby d.b.a.
California Judicial Recovery Specialists
3344 McGraw Street
San Diego, CA 92117-6053
800-354-9496 • FAX 866-531-7174
californiajrs@mac.com

ASSIGNEE OF RECORD/JUDGMENT CREDITOR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULRICH RISCHER, | Case No. CV 96-3886 (RNBx) |
| Plaintiff, vs. | **AFFIDAVIT OF RAMONA FEATHERBY IN SUPPORT OF EXAMINATION OF THIRD PARTY** |
| BANLAVOURA I, INC., et al, | |
| Defendant. | |

I, the undersigned, declare:

1. I am the Assignee of Record. I have personal knowledge of the facts set forth in this declaration, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

2. The Judgment against Larry and Aida Esacove and their entities ["Judgment Debtors"] remains unsatisfied with an outstanding balance exceeding $14,361,213.00.

3. There is a need to examine Richard A. Lehn ["Lehn"] of Ardis & Lehn. Lehn has information relative to the assets of the Judgment Debtors and may be holding funds in which they hold an interest.

4. Lehn has provided professional services to the Judgment Debtors in the area of asset protection, trusts and estate planning since at least 1998.

5. During an examination proceeding on May 12, 2009, Larry Esacove testified that shortly after Aida Esacove was diagnosed as terminal, with Lehn's assistance, the Judgment Debtors set up a charitable foundation called the Sereshkhani Foundation, Inc. ["SFI"]. According to Mr. Esacove's testimony, SFI was formed so that upon the death of Mrs. Esacove, "if there was anything that she had left, materially, that it should be donated and to take care of it for charity."

6. According to the California Secretary of State, Lehn is the agent for SFI. [Exhibit 1]

7. This court previously issued an order on September 15, 2010 for Lehn to appear for an examination. [Docket No. 491].

8. At Lehn's request, I withdrew the hearing after he provided information pursuant to subpoena prior to the hearing and assured me that there were no other documents.

9. I have since discovered, however, that the documents Lehn provided were incomplete. Third-party documents from Citibank show that transfers were made from the Judgment Debtor's shell corporation to Lehn to pay for the Judgment Debtors' personal services in an amount upwards of $70,000 in the year 2008. Moreover, these documents show that after I served a levy upon Ardis & Lehn on October 10, 2008, the firm shifted monies back to the Judgment Debtors' shell corporation, which today is insolvent.

2

10. I have since attempted to contact Lehn for an explanation and to obtain the missing records but to no avail.

11. There is a need to examine Richard A. Lehn in reference to the monies received from the Judgment Debtors and the missing documents which were previously withheld.

12. I believe that Lehn may be holding funds in which the Judgment Debtors hold an interest in excess of $250.00 and can thus be examined as a third party as provided by CCP §708.120(a).

13. F.R. 69(a)(2) allows a judgment creditor to obtain discovery from any person as provided by the procedure of the state where the court is located. CCP §708.130 provides that witnesses may be required to appear in an examination proceeding.

I declare under penalty of perjury under the United States of America that the foregoing is true and correct and that this Affidavit was executed on June 15, 2011 at San Diego, California.

_____
Ramona Featherby
d.b.a. California Judicial Recovery Specialists
ASSIGNEE OF RECORD/JUDGMENT CREDITOR

EXHIBIT 1

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page
Service Options
Name Availability
Forms, Samples & Fees
Annual/Biennial Statements
Filing Tips
Information Requests
(certificates, copies & status reports)
Service of Process
FAQs
Contact Information
Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alert
(misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, June 10, 2011. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | SERESHKANI FOUNDATION, INC. |
| Entity Number: | C3081000 |
| Date Filed: | 04/01/2008 |
| Status: | SUSPENDED |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 9530 E. IMPERIAL HIGHWAY, SUITE J |
| Entity City, State, Zip: | DOWNEY CA 90242 |
| Agent for Service of Process: | RICHARD A. LEHN |
| Agent Address: | 9530 E. IMPERIAL HIGHWAY, SUITE J |
| Agent City, State, Zip: | DOWNEY CA 90242 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2011   California Secretary of State