| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Ramona Featherby dba California Judicial Recovery Specialists<br>3344 McGraw Street, San Diego, California 92117<br>TELEPHONE NO.: 800-354-9496   FAX NO.: 866-531-7174<br>ATTORNEY FOR (Name): Assignee of Record/pro se | FILED<br>CLERK, U.S.D.C. SOUTHERN DIVISION<br><br>DEC 15 2011<br><br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| NAME OF COURT: UNITED STATES DISTRICT COURT<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
| PLAINTIFF: ULRICH RISCHER | |
| DEFENDANT: BANLAVOURA I, INC. | |
| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>[✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[✓] Judgment Debtor   [ ] Third Person | CASE NUMBER:<br>CV 96-03886 (RNBx) |

LODGED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT
DEC 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____

**ORDER TO APPEAR FOR EXAMINATION**

1. TO (name): Larry Esacove
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

   Date: 02-28-2012   Time: 9:30 AM   Courtroom Number: 6D
   Address of court [ ] shown above [✓] is: 411 W. Fourth, Santa Ana, CA 92701

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 12/15/11

ROBERT N. BLOCK
JUDGE OR MAGISTRATE JUDGE

**This order must be served not less than 10 days before the date set for the examination.**
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [ ] Judgment creditor  [✓] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): LARRY ESACOVE  to appear and furnish information
   to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✗] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12-10-11

RAMONA FEATHERBY            ▶  _[signature]_
(TYPE OR PRINT NAME)              (SIGNATURE OF DECLARANT)

CV-4P (12/03)
(AT-138, EJ-125 [Rev. July 1, 2000])

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120
Page one